**BUYER'S CORNER REALTY, INC.; Sherry Edwards, Plaintiffs–Appellants,**

v.

**NORTHERN KY ASSOCIATION OF REALTORS, INC.; Northern KY Multiple Listing Service, Defendants–Appellees.**

No. 06–5100.

United States Court of Appeals, Sixth Circuit.

Oct. 4, 2006.

J. David Barry, Barry & Associates, San Francisco, CA, for Plaintiffs–Appellants.

Jack R. Bierig, Julie K. Potter, Sidley Austin, Chicago, IL, Joseph L. Baker, Ziegler & Schneider, Covington, KY, for Defendants–Appellees.

Before: NORRIS, COLE and COOK, Circuit Judges.

PER CURIAM.

Appellants appeal the district court's order granting summary judgment for Appellees in a published opinion, *Buyer's Corner Realty, Inc. v. Northern Kentucky Association of Realtors,* 410 F.Supp.2d 574 (E.D.Ky.2006). After reviewing the record, the parties' briefs, the applicable law and with the benefit of oral argument, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.